USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/13/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEFFERY WILLIAMS,

            Plaintiff,

-against-

LANTERNE LLC and SUSAN LUM, REALTY CORP.

           Defendants.

1:25-cv-4022-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    A review of court records indicates that the complaint in this action was filed on May 13, 2025, and that as of the date of this Order no proof of service has been filed. Rule 4(m) of the Federal Rules of Civil Procedure provides:

> If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

    Accordingly, IT IS HEREBY ORDERED that Plaintiff is directed to serve Defendants and file proof of service on the docket on or before September 3, 2025. If service has not been made on or before that date, and if Plaintiff fails to show cause, in writing, why service has not been made, the complaint will be dismissed pursuant to Rules 4 and 41 of the Federal Rules of Civil Procedure. **Failure to comply with the Court's Orders, the FRCP, the Local Rules for the SDNY or this Court's Individual Practice Rules, may result in sanctions, including monetary penalties, on counsel and/or the parties, or dismissal.**

**SO ORDERED.**

**Date: August 13, 2025**
     **New York, NY**

                                           **MARY KAY VYSKOCIL**
                                           **United States District Judge**